■ In the Matter of CHRISTOPHER DAVID DIZE, an Attorney. [53 NYS3d 575]—

Per Curiam. Christopher David Dize was admitted to practice by this Court in 2013 and has previously listed a business address in New Brunswick, New Jersey with the Office of Court Administration. By affidavit sworn to April 19, 2017, Dize seeks leave to resign from the New York bar for nondisciplinary reasons (*see* Rules for Attorney Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department opposes the application by correspondence from its Chief Attorney.

Dize is presently delinquent in his New York attorney registration requirements, having failed to timely register for the most recent biennial period beginning in 2017 (*see* Judiciary Law § 468-a; *Matter of Boyce*, 148 AD3d 1450, 1450 [2017]; Rules of Chief Admin of Cts [22 NYCRR] § 118.1). He is therefore ineligible for nondisciplinary resignation and his application must be denied (*see Matter of Lee*, 148 AD3d 1350, 1350 [2017]; *Matter of Hanson*, 146 AD3d 1229, 1229-1230 [2017]).

Garry, J.P., Egan Jr., Rose, Clark and Mulvey, JJ., concur. Ordered that Christopher David Dize's application for permission to resign is denied.